UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2008 JUL -1 AM 11: 12

CLERK US DISTRICT COURT
SOUTHERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Magistrate Case No. '08 MJ 2006 |
| | ) | |
| V. | ) | COMPLAINT FOR VIOLATION OF |
| | ) | |
| SALVADOR LEPE | ) | Title 18, United States Code |
| DOB 04/19/1972 | ) | Section 751(a) |
| | ) | Escape from Federal Custody |

The undersigned complainant, being duly sworn states:

That on or about June 29, 2008, at San Diego, California, in the Southern District of California, SALVADOR LEPE did unlawfully and willfully escape from an institution and facility in which he was confined by direction of the Attorney General, to wit: CORRECTIONAL ALTERNATIVES INC., San Diego, California, a federally contracted facility, said custody and confinement being by virtue of his conviction for Importation of Marijuana, Title 21 United States Code Section 952 and 960, in violation of Title 18, United States Code, Section 751(a).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Arnold Knight
Deputy United States Marshal

Sworn to before me, and subscribed in my presence, this 1st day of July, 2008.

Barbara L. Major
United States Magistrate Judge

I, Arnold Knight, being duly sworn, hereby depose and say:

I am a Deputy United States Marshal and have been so employed for over 2 years.

This statement of facts is made in support of a complaint against Salvador LEPE for Escape from the custody of the Attorney General, in violation of Title 18, United States Code, Section 751(a). On June 29, 2008, I received a report that LEPE had escaped from the Correctional Alternatives Inc., 2727 Boston Avenue, San Diego, California, a federally contracted facility.

On June 30, 2008, I reviewed files from the United States Marshals Service and the Community Corrections Office. My review of the files revealed the following facts:

LEPE was convicted of Importation of Marijuana, in violation of 21 USC sections 952 and 960 on November 11th, 2005, and was sentenced by U.S. District Court Judge Jeffrey T. Miller to 24 months custody with the Bureau of Prisons, followed by 3 years of supervised release.

Additional records reveal that LEPE had violated the terms of his release and was again sentenced on February 22nd, 2008 by U.S. District Court Judge Jeffrey T. Miller to 6 months custody and placement in a residential re-entry center.

On June 5th, 2008, LEPE was transferred from the Bureau of Prisons (USP Victorville) to Correctional Alternatives Inc., San Diego, Ca.. LEPE was projected to be released on July 20th, 2008. On June 29th, 2008 at 6:22 P.M., Kendrick Rodriguez, an employee of Correctional Alternatives Inc, received a positive breathalyzer report on LEPE for intoxicants, (.120). On June 29th, 2008, at 7:20 P.M. LEPE was discovered missing during a routine bed check by Kendrick Rodriguez, an employee of Correctional Alternatives. All local law enforcement and hospitals were contacted producing negative results. LEPE's current whereabouts are unknown and he remains a fugitive.